## HARTZ v. HARTZ.

FISH, C. J. The evidence being conflicting on all substantial issues, the judge did not abuse his discretion in granting the temporary alimony and counsel fees to the extent allowed.

Judgment affirmed. Beck, J., absent. The other Justices concur.

MARCH 13, 1913.

Temporary alimony. Before Judge Mathews. Bibb superior court. October 19, 1912.

Miller & Jones, for plaintiff in error.

Minter Wimberly and Jesse Harris, contra.